# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**MICHAEL O. DEVAUGHN,**

    **Plaintiff,**

    v.

**KIOWA COUNTY, KANSAS, et al.,**

    **Defendants.**

Case No. 24-2483-JAR-BGS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Brooks G. Severson, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to dismiss this case under 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS THEREFORE ORDERED BY THE COURT** that the Court adopts Judge Severson's November 21, 2024 Report and Recommendation (Doc. 7) as its own. This case is hereby dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

Dated: December 16, 2024

                                                    S/ Julie A. Robinson
                                                    JULIE A. ROBINSON
                                                    UNITED STATES DISTRICT JUDGE